U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 FEB 17 P 1: 38
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE L. MATTOX,

    Defendant.

Case No. 21-CR- **21-CR-041**
[18 U.S.C. § 1703(a)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 19, 2020, in the State and Eastern District of Wisconsin,

**NICOLE L. MATTOX,**

being a Postal Service employee, did unlawfully secrete, detain, and delay articles of United States mail which had come into her possession and were intended to be conveyed by mail, specifically: seven letters addressed to J.E. at XXXX Mandy Circle; a parcel addressed to A.V. at XXXX Indiana Avenue; a parcel addressed to M.K. at XXXX S. 26th Street; and a parcel addressed to R.D. at XXXX Mandy Circle.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

[signature]

FOREPERSON

Dated: 2/17/2021

[signature]

MATTHEW D. KRUEGER
United States Attorney